UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRAVIS HARRIS,

    Plaintiff,

v.

                                              Case No. 1:06-cv-285

                                              Hon. Wendell A. Miles

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Plaintiff Travis Harris filed this action for judicial review of the final decision of the Commissioner of Social Security that Plaintiff was not entitled to Disability Insurance Benefits ("DIB") under Title II of the Social Security Act.  42 U.S.C. §§ 416(I), 423.  On April 10, 2007, United States Magistrate Judge Ellen S. Carmody submitted a Report and Recommendation recommending that the Commissioner of Social Security's decision be affirmed.  Neither party has filed objections to the Report and Recommendation.

When no objections have been filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the Magistrate Judge's recommendation.  See Advisory Committee Notes to Federal Rule of Civil Procedure 72; Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").  The court has reviewed the Report and

Recommendation, agrees with the reasoning and conclusions of Magistrate Judge Carmody, and has found no clear error.

Accordingly, for the reasons set forth in the Report and Recommendation, the court ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation (docket #11), and affirms the decision of the Commissioner of Social Security.

So ordered this 9th day of May, 2007.

                                                 /s/ Wendell A. Miles
                                                Wendell A. Miles
                                                Senior U.S. District Judge